# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **APRIL MILES** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-893** |
| | § | |
| **THOMAS KATTUVILA AND LYFT, INC. D/B/A LYFT** | § | |
| | § | |

---

**INDEX OF MATTERS BEING FILED**

---

1. Notice of Removal

2. ***Exhibit A*** **–** Index of Matters Being Filed

3. ***Exhibit B*** **–** All executed process in this case, including:
    - Plaintiffs' Second Amended Petition
    - Service of Process Records
    - Defendant's Original Answer
    - State Court Docket Sheet

4. ***Exhibit C*** **–** List of Counsel of Record